UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALETHEA WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> CORINTHIAN COLLEGES INC., <br><br> Defendant. | CASE NO. C-11-5676 RBL <br><br> ORDER |

THIS MATTER is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* and proposed Complaint. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff's Application is incomplete and is inconsistent with the facts alleged in her proposed Complaint. In answer to Question 1, "Are you presently employed?" Plaintiff marked the box "No." The "No" response to Question 1 requires that the applicant "state the date of last employment and the amount of salary and wages per month which you received." This section is

ORDER- 1

blank. Question 2a asks whether, in the last twelve months, the applicant received any money from business, profession or other self-employment. Plaintiff marked the "No" box.

Plaintiff's proposed Complaint alleges employment discrimination by the defendants. According to the proposed Complaint, she worked for the Defendants from at least April, 2006 through October, 2010. Therefore, she has a "date of last employment" where she received "salary and wages." Furthermore, Plaintiff's Application, signed under penalty of perjury, is dated August 9, 2011. The proposed Complaint alleges that Plaintiff was on FMLA leave through September, 2011; however, it is unclear whether she returned to work at all before resigning in October, 2011.

Plaintiff shall either submit an amended Application to Proceed *In Forma Pauperis*, completely responding to Question 1 and clarifying her answer to Question 2a, or pay the required filing fee, on or before October 7, 2011. The failure to do so will result in the denial of the Application and the **DISMISSAL** of Plaintiff's Complaint.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se*.

Dated this 22nd day of September, 2011,

Ronald B. Leighton
United States District Judge