HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| ALETHEA WILLIAMS, Individually,<br><br>Plaintiff,<br><br>v.<br><br>CORINTHIAN COLLEGES, INC., a Delaware Corporation licensed to do business in the State of Washington; TIMOTHY ALLEN; GARY MCMILLION; ALISA CORDELL; TANYA ODOM; LAURA NOLPH; JENNY O'NEAL; and MS. JANE DOE PHIPPS,<br><br>Defendants. | NO: 3:11-CV-05676-RBL<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO SERVE DEFENDANT JANE DOE PHIPPS<br><br>(~~PROPOSED~~)<br><br>NOTE ON MOTION CALENDAR: **JULY 27, 2012** |

THIS MATTER having come on regularly for hearing on Plaintiff's Motion to Extend the Deadline to Serve Defendant Jane Doe Phipps, said Plaintiff appearing by her attorney of record, Gregory A. Williams, of Law Office of Gregory A. Williams, P.S., Inc., and Defendants Corinthian Colleges, Inc., Timothy Allen, Gary McMillion, Alisa Cordell, Tanya Odom, Laura Nolph, and Jenny O'Neal, appearing by their attorneys, Jeffrey K. Brown and Alejandro G. Ruiz,

ORDER (PROPOSED) GRANTING PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO SERVE DEFENDANT JANE DOE PHIPPS - Page 1 of 3
WILLIAMSa.usdc.mtn.extenddeadline.proorder.071212

Case No. 11-2-12403-2 (Superior Court)

LAW OFFICE
OF
GREGORY A WILLIAMS, PS, INC
ATTORNEY AND COUNSELOR AT LAW
1315 So. L Street ❖ Tacoma, WA 98405
(253) 396-9000 ❖ Fax (253) 396-9005
W S B A #35505
www.gawlaw.org

of Payne and Fears, and Leland Clay Selby, Jr., and Chrystina R. Solum, of Eisenhower & Carlson, PLLC, and the Court having reviewed the records and files herein and having considered the following:

    1. Plaintiff's Motion to Extend the Deadline to Serve Defendant Jane Doe Phipps;

    2. Declaration of Gregory A. Williams and exhibits attached thereto;

    3. Defendants' Briefs in Response, if any;

    4. Plaintiff's reply, if any;

The Court being fully advised in the premises, it is therefore

ORDERED that the Plaintiff's Motion to Extend the Deadline to Serve Defendant Jane Doe Phipps is GRANTED. Plaintiff shall have 120 days from the date of this order to effectuate service upon Jane Doe Phipps.

    DONE IN OPEN COURT this 16th day of August, 2012.

                                      HONORABLE RONALD B. LEIGHTON

Presented by:

LAW OFFICE OF
GREGORY A. WILLIAMS, PS, INC
Attorney for Plaintiff

s/ GREGORY A. WILLIAMS
Gregory A. Williams, WSBA #35505
4109 Bridgeport Way W., Ste. D-6 || Univ. Pl., WA 98466
Office (253) 396-9000 || Fax (253) 396-9005
Email: admin@gawlaw.org

ORDER (PROPOSED) GRANTING PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO SERVE DEFENDANT JANE DOE PHIPPS - Page 2 of 3
WILLIAMSa.usdc.mtn.extenddeadline.proporder.071212

Case No. 11-2-12403-2 (Superior Court)

LAW OFFICE
OF
GREGORY A WILLIAMS, PS, INC
ATTORNEY AND COUNSELOR AT LAW
1315 So. L Street ❖ Tacoma, WA 98405
(253) 396-9000 ❖ Fax (253) 396-9005
W S B A #35505
www.gawlaw.org